1  CENTER FOR DISABILITY ACCESS
   Ray Ballister Jr., Esq., SBN 111282
2  Russell Handy, Esq., SBN 195058
   Dennis Price, Esq., SBN 279082
3  Amanda Seabock, Esq., SBN 289900
   8033 Linda Vista Road, Suite 200
4  San Diego, CA 92111
   (858) 375-7385; (888) 422-5191 fax
5  AmandaS@potterhandy.com

6  Attorneys for Plaintiff, BRIAN WHITAKER

7

8                    UNITED STATES DISTRICT COURT
                     CENTRAL DISTRICT OF CALIFORNIA
9

10 BRIAN WHITAKER,                ) Case No.: 2:20-cv-09408-JFW-PD
                                  )
11         Plaintiff,             )
                                  ) **NOTICE OF SETTLEMENT AND**
12      v.                        ) **REQUEST TO VACATE ALL**
                                  ) **CURRENTLY SET DATES**
13 CALIFORNIA SUBSHINE INC., a    )
   California Corporation         )
14                                )
           Defendants.            )
15                                )
                                  )
16                                )

17     The plaintiff hereby notifies the court that a provisional settlement has been
18 reached in the above-captioned case. The Parties would like to avoid any additional
19 expense while they focus efforts on finalizing the terms of the settlement and reducing it
20 to a writing.
       The plaintiff, therefore, applies to this Honorable Court to vacate all currently set
21
   dates with the expectation that the settlement will be consummated within the coming
22
   sixty (60) days, allowing for a Joint Stipulation for Dismissal with prejudice as to all
23
   parties to be filed.
24
                                   CENTER FOR DISABILITY ACCESS
25

26
   Dated: February 10, 2021           By: /s/ Amanda Seabock
27                                        Amanda Seabock
28                                        Attorney for Plaintiff

Notice of Settlement              -1-               2:20-cv-09408-JFW-PD